PROB 35
(08/01)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### Southern District of Florida

UNITED STATES OF AMERICA

v.                                                                                               Crim. No. 01-1138-CR-Martinez

George Jeffery Bowman

On December 22, 2003, the above named was placed on supervised release for a period of four years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_____
William J. Lester
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___29___ day of ___May___, 20_08_.

_____
Jose E. Martinez
United States District Judge